**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02264-LTB-MEH

DALILAH KLEIN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANIES, and
STATE FARM FIRE AND CASUALTY INSURANCE,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendant State Farm Mutual Automobile Insurance Company With Prejudice and to Change Caption (Doc 15 - filed December 5, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant State Farm Mutual Automobile Insurance Company**.

IT IS FURTHER ORDERED that the caption in this matter is amended to *Dalilah Klein, Plaintiff v. State Farm Fire and Casualty Company, Defendant.*

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: December 8, 2008