IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02264-LTB-MEH

DALILAH KLEIN,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

_____

## ORDER
_____

    This matter is before me on the Bill of Costs [**Doc # 22**] filed by Defendant, State Farm Fire and Casualty Company. Plaintiff, Dalilah Klein, has not filed a response.

    In its Bill of Costs, Defendant requests an order that Plaintiff pay a total of $538.90 in copy costs and in attorney fees incurred in connection with the preparation and filing the Motion to Strike Plaintiff's Request for Exemplary Damages, and the related Notice of Plaintiff's Confession of Defendant's Motion to Strike.

    ACCORDINGLY, I GRANT the relief requested in State Farm Fire and Casualty Company's Bill of Costs [**Doc # 22**] and, as a result, I ORDER that Defendant State Farm Fire and Casualty Company is AWARDED $538.90 in attorney fees and costs payable by Plaintiff Dalilah Klein within ten (10) days of this Order.

Dated: March   10  , 2009, in Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE