IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-02264-LTB-MEH

DALILAH KLEIN,

       Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

       Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 29 - filed July 21, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:


  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: July 22, 2009